United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Westlake Capital Finance, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5094 |
| | § | |
| Texas Auto Save, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiff Westlake Capital Finance, LLC's Unopposed Motion for Extension of Time to Respond to Defendant Raheel Bengali's Motion to Transfer Venue. Doc. 13. The Motion is GRANTED.

Plaintiff's deadline to respond to Defendant Raheel Bengali's Motion to Transfer Venue is extended to August 3, 2026.

**SO ORDERED**.

**SIGNED** at Houston, Texas, on the 4th of August, 2026.

Nicholas J. Ganjei
United States District Judge